# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:06CR00370-01 SWW |
| | * | |
| RYNDALE BUCKHANAN | * | |

## ORDER

On August 26, 2020, the Court held a hearing on the United States' motion [ECF No. 61] to revoke the supervised release previously granted Defendant. Defendant was present via video from the Jefferson County Detention Facility. Also present was Defendant's attorney, Jonathan T. Lane, and Assistant United States Attorney Stephanie Mazzanti, for the government. Based on the testimony of witnesses, statements of counsel and exhibits presented, the Court found that Defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke supervised release [ECF No. 61] is **GRANTED**, and the supervised release previously granted this defendant is hereby **REVOKED**.

IT IS FURTHER ORDERED that Defendant shall serve a ***term of imprisonment of SIXTY (60) MONTHS*** in the custody of the Bureau of Prisons.[1]

There will be ***THREE (3) YEARS of supervised release*** following the term of incarceration.  All general and standard conditions of supervised release previously imposed remain in full force and effect.

The defendant is remanded to the custody of the United States Marshal Service.

IT IS SO ORDERED THIS 26TH  DAY OF AUGUST, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Also pending in this case is the United States' motion [ECF No. 76] to reinstate Defendant's original sentence based on the Eighth Circuit's reversal of this Court's grant of a sentence reduction.  *See Daniels v. United States*, 806 F. App'x 493 (8th Cir. 2020).  As stated during the hearing, the Court will decide the motion to reinstate the original sentence after Defendant has filed a response to the government's motion and the government has filed a reply.  If the Court grants the government's motion and reinstates Defendant's original sentence, the Court will then determine whether Defendant's revocation sentence will be consecutive or concurrent to the reinstated, original sentence.