# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                        **4:06-CR-00370-01-SWW**

**RYNDALE BUCKHANAN**

## ORDER

The Government's Motion to Reinstate Sentence (Doc. No. 76) is GRANTED and Defendant's Motion to Correct Sentence (Doc. No. 82) is DENIED.

On May 27, 2020, the Court of Appeals for the Eighth Circuit held that an Arkansas residential burglary conviction is a predicate offense under the Armed Career Criminal Act.[1]  The Eighth Circuit reversed the Court's order granting Defendant's motion to vacate and correct his sentence pursuant to 28 U.S.C. § 2255 and remanded the case for proceedings consistent with its opinion.

Based on the Eighth Circuit's mandate, the August 21, 2018 Order (Doc. No. 53) is VACATED, and the original judgment (Doc. No. 27) is reinstated. Accordingly, Defendant is committed to the custody of the Bureau of Prisons to finish the uncompleted term of his original 188-month sentence.  The sentence will

---

[1] Doc. Nos. 59, 60.

run consecutively to the revocation sentence that was imposed on August 26, 2020.[2]  After imprisonment, Defendant will be on a term of supervised release for three years, minus any supervised release he already served in this case.

The Clerk of the Court is directed to provide a copy of this order to the United States Probation Office for the Eastern District of Arkansas.

IT IS SO ORDERED this 28th day of September, 2020.


Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[2] Doc. No. 79.